■ In the Matter of CHARLES W. TERMINI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [810 NYS2d 690]—Order of suspension entered. Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ.